# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CIPRIANO GONGORA,

    Plaintiff,

v.                                  CASE NO. 3:15cv268/MCR/EMT

LEO ALEXANDER THOMAS,

    Defendant.

_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 7, 2016.  ECF No. 7.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	Plaintiff's claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(B)(1) for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** this 5th day of August, 2016.

	*s/ M. Casey Rodgers*
	**M. CASEY RODGERS**
	**CHIEF UNITED STATES DISTRICT JUDGE**